UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Albert Bruno,

Case No.: 17-20488
Chapter: 7
Judge: CMG

**NOTICE OF PROPOSED ABANDONMENT**

On 7/17/17, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on August 15, 2017 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 105 Alexander Dr., Barnegat, NJ - $364,000

Liens on property: $490,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost
Address: 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648
Telephone No.: 609-890-1500

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-20488-CMG
Albert Bruno                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 18, 2017
                              Form ID: pdf905          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2017.
db              Albert Bruno,    105 Alexander Dr,    Barnegat, NJ  08005-2405
516840316       Bank of America,    PO Box 31785,    Tampa, FL  33631-3785
516840317       Colleen M. Hirst, Esq.,    KML Law Group, P.C.,    216 Haddon Ave Ste 406,
                 Westmont, NJ  08108-2812
516840318       Ocean County Sheriff,    CH 772202,    120 Hooper Ave  P.O. Box 2191,
                 Toms River, NJ  08754-2191

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2017 22:27:20      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2017 22:27:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                               TOTAL: 2

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2017 at the address(es) listed below:
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Diane Ault Cullen    on behalf of Debtor Albert  Bruno dacesq@comcast.net,
               G27779@notify.cincompass.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4