Form 169 – ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17−20488−CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Albert Bruno
105 Alexander Dr
Barnegat, NJ 08005−2405

Social Security No.:
xxx−xx−2026

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by Diane Ault Cullen, Attorney for Debtor.

Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Christine M. Gravelle on:

Date:            August 29, 2017
Time:              10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: August 1, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Albert Bruno
      Debtor

Case No. 17-20488-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 01, 2017
                           Form ID: 169      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2017.
```
db             Albert Bruno,   105 Alexander Dr,   Barnegat, NJ  08005-2405
516840316      Bank of America,   PO Box 31785,   Tampa, FL  33631-3785
516840317      Colleen M. Hirst, Esq.,   KML Law Group, P.C.,   216 Haddon Ave Ste 406,
               Westmont, NJ  08108-2812
516840318      Ocean County Sheriff,   CH 772202,   120 Hooper Ave  P.O. Box 2191,
               Toms River, NJ  08754-2191
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2017 00:03:58     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2017 00:03:55     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
```
                                                                                  TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
```
               Barry  Frost    trustee@teichgroh.com,   NJ94@ecfcbis.com
               Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com
               Diane Ault Cullen    on behalf of Debtor Albert  Bruno dacesq@comcast.net,
                G27779@notify.cincompass.com
               U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
```
                                                                                    TOTAL: 4