UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Diane Ault Cullen, P.C.
Cullen: 012071978
9 Grand Avenue, Building 2
Toms River, NJ 08753
(732) 505-9200  DAC:kt
Attorneys for Debtor(s)

**Order Filed on August 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Albert Bruno,
Debtor

| | |
|---|---|
| Case No.: | 17-20488 |
| Hearing Date: | August 29, 2017 |
| Judge: | Christine M. Gravelle |
| Chapter: | 7 |

Recommended Local Form:    ☐ Followed    ☒ Modified

# ORDER CONVERTING CASE TO CHAPTER 13
REINSTATING THE AUTOMATIC STAY AS TO 105 ALEXANDER DRIVE, BARNEGAT

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: August 31, 2017**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____Albert Bruno, Debtor_____ and for good cause shown, it is

ORDERED that this case is converted from chapter ___7___ to chapter 13, and it is further

ORDERED that within 15 days of the date of this Order the debtor shall file amendments to previously filed schedules and statements as necessary, and it is further

ORDERED that if the case is converting from chapter 7:

❏ any Order entered waiving the chapter 7 filing fee is hereby revoked, and the debtor must pay the chapter 13 filing fee in the amount of _____ in full or file an Application to Pay in Installments within ten (10) days of the date of this order or the case will be reconverted to chapter 7 without further notice, and it is further

ORDERED that the chapter 7 trustee shall:

❏ immediately turn over to the debtor all records and property of the estate in his/her custody or control,

❏ within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a report on the administration of the case as required by 11 U.S.C. § 704(a)(9),

❏ within 30 days of the date of this order, file a Request for Payment of Administrative Expenses, if appropriate.

ORDERED that:

- [ ] the case shall not be dismissed in the event the debtor is unsuccessful in confirming and completing a plan, but shall be reconverted,

- [ ] the conversion is conditioned upon payment by the debtor(s), through the chapter 13 plan, of all allowed chapter 7 administrative expenses, and it is further

ORDERED that within 15 days of the date of this Order the debtor shall file:

- a Chapter 13 Plan and Motions, and it is further

ORDERED that if the debtor fails to file the Chapter 13 Plan and Motions within 15 days of the date of this Order, the case shall be converted to chapter 7 by the Court without further notice. If you object to the reconversion of the case, you may submit a response in writing setting forth the reasons why reconversion would not be proper. Such response must be received by the court prior to the expiration of the 15 day submission period., and it is further

ORDERED, that the automatic stay with regard to 105 Alexander Drive, Barnegat, New Jersey 08005, be and is hereby continued/reinstated.

*rev 8/1/07*