**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Diane Ault Cullen, P.C.
Cullen: 012071978
9 Grand Avenue, Building 2
Toms River, NJ 08753
(732) 505-9200  DAC:kt
Attorneys for Debtor(s)

Order Filed on August 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Albert Bruno,
Debtor

| | |
|---|---|
| Case No.: | 17-20488 |
| Hearing Date: | August 29, 2017 |
| Judge: | Christine M. Gravelle |
| Chapter: | 7 |

Recommended Local Form:   ☐ Followed   ☑ Modified

## ORDER CONVERTING CASE TO CHAPTER 13
### REINSTATING THE AUTOMATIC STAY AS TO 105 ALEXANDER DRIVE, BARNEGAT

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: August 31, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____ Albert Bruno, Debtor _____ and for good cause shown, it is

ORDERED that this case is converted from chapter ___7___ to chapter 13, and it is further

ORDERED that within 15 days of the date of this Order the debtor shall file amendments to previously filed schedules and statements as necessary, and it is further

ORDERED that if the case is converting from chapter 7:

❏ any Order entered waiving the chapter 7 filing fee is hereby revoked, and the debtor must pay the chapter 13 filing fee in the amount of _____ in full or file an Application to Pay in Installments within ten (10) days of the date of this order or the case will be reconverted to chapter 7 without further notice, and it is further

ORDERED that the chapter 7 trustee shall:

❏ immediately turn over to the debtor all records and property of the estate in his/her custody or control,

❏ within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a report on the administration of the case as required by 11 U.S.C. § 704(a)(9),

❏ within 30 days of the date of this order, file a Request for Payment of Administrative Expenses, if appropriate.

2

ORDERED that:

- the case shall not be dismissed in the event the debtor is unsuccessful in confirming and completing a plan, but shall be reconverted,

- the conversion is conditioned upon payment by the debtor(s), through the chapter 13 plan, of all allowed chapter 7 administrative expenses, and it is further

ORDERED that within 15 days of the date of this Order the debtor shall file:

- a Chapter 13 Plan and Motions, and it is further

ORDERED that if the debtor fails to file the Chapter 13 Plan and Motions within 15 days of the date of this Order, the case shall be converted to chapter 7 by the Court without further notice. If you object to the reconversion of the case, you may submit a response in writing setting forth the reasons why reconversion would not be proper. Such response must be received by the court prior to the expiration of the 15 day submission period., and it is further

ORDERED, that the automatic stay with regard to 105 Alexander Drive, Barnegat, New Jersey 08005, be and is hereby continued/reinstated.

*rev 8/1/07*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-20488-CMG
Albert Bruno                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1               Date Rcvd: Sep 01, 2017
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2017.
db          Albert Bruno,    105 Alexander Dr,    Barnegat, NJ  08005-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2017 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Diane Ault Cullen    on behalf of Debtor Albert  Bruno dacesq@comcast.net, G27779@notify.cincompass.com
    U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 3