Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  17−20488−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Albert Bruno
   105 Alexander Dr
   Barnegat, NJ 08005−2405

Social Security No.:
   xxx−xx−2026

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/24/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 24, 2018
JAN: bwj

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Albert Bruno  
       Debtor

Case No. 17-20488-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 24, 2018  
                       Form ID: 148    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2018.
```
db              Albert Bruno,    105 Alexander Dr,    Barnegat, NJ  08005-2405
516840317       Colleen M. Hirst, Esq.,    KML Law Group, P.C.,    216 Haddon Ave Ste 406,
                  Westmont, NJ  08108-2812
516840318       Ocean County Sheriff,    CH 772202,    120 Hooper Ave  P.O. Box 2191,
                  Toms River, NJ  08754-2191
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2018 23:31:03     U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2018 23:30:58     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516840316       EDI: BANKAMER.COM Jul 25 2018 02:58:00      Bank of America,    PO Box 31785,
                  Tampa, FL  33631-3785
                                                                                              TOTAL: 3
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
517228723*      Bank of America,    PO BOX 31785,    Tampa, FL 33631-3785  
                                                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2018 at the address(es) listed below:
```
              Albert Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Diane Ault Cullen    on behalf of Debtor Albert  Bruno dacesq@comcast.net,
               G27779@notify.cincompass.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```